In re FURLONG. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) In the matter of the application of Henry J. Furlong for reinstatement as a mem-

ber of the bar. No opinion. Matter referred to Hon. William D. Dickey, official referee, for action and report to this court; and the offer of the Bar Association is submitted to him for such action thereon as he deems proper.